# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Presley Glova | Debtor(s) | CHAPTER 7 |
| Toyota Lease Trust vs. | Movant | NO. 18-18234 MDC |
| Presley Glova | Debtor(s) | |
| Lynn E. Feldman Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE3GC676184 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of June, 2019.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list

Presley Glova
7259 Horrocks Street
Philadelphia, PA 19149

Kenneth G. Harrison, Esq.
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532