United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-18234-mdc
Presley Glova                                                          Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 27, 2019
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
db            +Presley Glova,   7259 Horrocks Street,   Philadelphia, PA 19149-1220
14336438      +Toyota Lease Trust,   c/o Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,
       701 Market Street, Suite 5000,   Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
      HOWARD  GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
    229ecf@glpoc.comcastbiz.net
      KENNETH G. HARRISON    on behalf of Debtor Presley  Glova kghesq@juno.com
      LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Presley Glova | | CHAPTER 7 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 18-18234 MDC |
| Presley Glova | Debtor(s) | |
| Lynn E. Feldman Esq. | Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE3GC676184 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of June, 2019.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list

Presley Glova
7259 Horrocks Street
Philadelphia, PA 19149

Kenneth G. Harrison, Esq.
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532