UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PRESLEY GLOVA                         No. 18-18234 MDC
                                               CHAPTER 7

**NOTICE OF INTERIM APPLICATION OF HOWARD GERSHMAN, ESQUIRE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO THE DEBTOR, COUNSEL, ALL CREDITORS, OFFICE OF US TRUSTEE, AND OTHER PARTIES IN INTEREST—NOTICE IS GIVEN

Howard Gershman, Esquire, of Gershman Law Offices, PC, counsel to Lynn E. Feldman, Trustee, has filed an Interim Application for Compensation ($2,100.00) and Reimbursement of Expenses ($5.50) for a total amount of $2,105.50.

The Application is on file with the Office of the Clerk of US Bankruptcy Court for the Eastern District of Pennsylvania, Robert N C Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and may be inspected by the debtor, any creditor or any other partying interest. You may request a complete copy from undersigned counsel.

You may file an answer, objection or other response to the Application, or request a hearing, stating the reasons why a hearing is necessary, IN WRITING, with the Clerk of the US Bankruptcy Court, Robert N C Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, on or before **TWENTY-ONE (21) DAYS** after receiving this Notice.

In the absence of any answer, objection, other response, or request for hearing, and upon certification of no objection, the matter will be submitted to the Court as unopposed and the Court may grant the Application as requested.

Date: September 9, 2019

                                         GERSHMAN LAW OFFICES, PC

                                         BY: _____
                                         Howard Gershman, Esquire
                                         Gershman Law Offices, PC
                                         610 York Road, Suite 200
                                         Jenkintown, PA 19046
                                         Tel: 215.886.1120