IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date:

IN RE:                                          :        Chapter 7

Presley Glova
       Debtor(s)                          :        Bankruptcy No.  18-18234-mdc

## CERTIFICATION OF COSTS

    The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. § 1930.  Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Fiscal Department, U.S. Bankruptcy Court, Suite 300, The Madison, 400 Washington Street, Reading PA 19601.

    The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | | |
| Copies | | |
| | TOTAL: | $ 0.00 |

Dated at Reading, Pennsylvania
this 17th day of September, 2019

                TIMOTHY B. MCGRATH, Clerk

                By:     s/Lisa Henry
                      Deputy Clerk
                      U. S. Bankruptcy Court
                      The Madison, Suite 300
                      400 Washington Street
                      Reading PA 19601

Certcost 8/99