UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PRESLEY GLOVA                                                      No. 18-18234 MDC
                                                                       CHAPTER 7

**ORDER APPROVING INTERIM APPLICATION OF HOWARD GERSHMAN, ESQUIRE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    In consideration of the Interim Application of Howard Gershman, Esquire, of Gershman Law Offices, PC for Compensation and Reimbursement of Expenses as Counsel to Lynn E. Feldman, Trustee, and after a review thereof and consideration of any objection thereto, it is ORDERED:

    The Application is granted. Compensation is allowed in the amount of $2,100.00 and expense reimbursements in the amount of $5.50 for a combined total of $2,105.50. The Trustee is authorized and directed to pay the approved compensation and expense reimbursement.

                                                                               BY THE COURT:

November 12, 2019

                                                                     _____
                                                                     Magdeline D. Coleman
                                                                     Chief U.S. Bankruptcy Judge

Interested Parties:

Howard Gershman, Esquire                    Dave P. Adams, Esquire
Gershman Law Offices, PC                   Office of the US Trustee
610 York Road, Ste. 200                       833 Chestnut Street, Ste. 500
Jenkintown, PA 19046                         Philadelphia, PA 19106

Lynn E. Feldman, Trustee                    Kenneth G. Harrison, Esquire
Feldman Law Office                           Five Neshaminy Interplex, Ste. 115
221 No. Cedar Crest Blvd.                    Trevose, PA 19053
Allentown, PA 18104