United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-18234-mdc
Presley Glova                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 1           Date Rcvd: Nov 12, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db             +Presley Glova,    7259 Horrocks Street,    Philadelphia, PA 19149-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
              HOWARD   GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              KENNETH G. HARRISON    on behalf of Debtor Presley  Glova kghesq@juno.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PRESLEY GLOVA                                               No. 18-18234 MDC
                                                                              CHAPTER 7

### ORDER APPROVING INTERIM APPLICATION OF HOWARD GERSHMAN, ESQUIRE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

In consideration of the Interim Application of Howard Gershman, Esquire, of Gershman Law Offices, PC for Compensation and Reimbursement of Expenses as Counsel to Lynn E. Feldman, Trustee, and after a review thereof and consideration of any objection thereto, it is ORDERED:

The Application is granted. Compensation is allowed in the amount of $2,100.00 and expense reimbursements in the amount of $5.50 for a combined total of $2,105.50. The Trustee is authorized and directed to pay the approved compensation and expense reimbursement.

BY THE COURT:

November 12, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Interested Parties:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Lynn E. Feldman, Trustee
Feldman Law Office
221 No. Cedar Crest Blvd.
Allentown, PA 18104

Dave P. Adams, Esquire
Office of the US Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA 19106

Kenneth G. Harrison, Esquire
Five Neshaminy Interplex, Ste. 115
Trevose, PA 19053

Feldman Fee Application