```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 18-18234-mdc
Presley Glova                                                       Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2           Date Rcvd: May 26, 2020
                              Form ID: pdf900             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Presley Glova,    7259 Horrocks Street,    Philadelphia, PA 19149-1220
aty            +Howard Gersham,    Gersham Law Offices, PC,    610 York Road,   Ste. 200,
                 Jenkintown, PA 19046-2867
14246221      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    P.O. Box 982235,    El Paso, TX 79998-8835)
14289268       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14246222       +Citi Cards,   Box 6500,    Sioux Falls, SD 57117-6500
14321386       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14336438       +Toyota Lease Trust,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
14386118        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
14246229        Willamsburg Plantation Owners Assoc,    P.O. Box 405947,   Atlanta, GA 30384-5947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 27 2020 03:30:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 27 2020 03:30:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 27 2020 03:30:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:39:33     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14310664       +E-mail/Text: BankruptcyNotices@aafes.com May 27 2020 03:30:23
                 Army & Air Force Exchange Services,    Attention GC-G,   3936 E.Ft.Lowell Road,    Suite #200,
                 Tucson AZ 85712-1083
14246223        E-mail/Text: BankruptcyNotices@aafes.com May 27 2020 03:30:23     Exchange Credit Program,
                 P.O. Box 650410,   Dallas, TX 75265-0410
14310412        E-mail/Text: BankruptcyNotices@aafes.com May 27 2020 03:30:23
                 Army & Air Force Exchange Services,    Attention GC-G,   3911 S. Walton Walker Blvd.,
                 Dallas, TX 75236
14246224       +E-mail/Text: bk@lendingclub.com May 27 2020 03:30:47     Lending club,   71 Stevenson,
                 Suite 300,   San Francisco, CA 94105-2985
14246225        E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:39:45     Lowes/Synchrony Bank,
                 Bankruptcy Dept,   P.O. Box 965060,    Orlando, FL 32896-5060
14246226       +E-mail/Text: ext_ebn_inbox@navyfederal.org May 27 2020 03:30:55     Navy Federal Credit Union,
                 P.O. Box 3501,   Merrifield, VA 22119-3501
14284306       +E-mail/PDF: cbp@onemainfinancial.com May 27 2020 03:39:24     OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
14246227        E-mail/PDF: cbp@onemainfinancial.com May 27 2020 03:39:35     OneMain,   P.O. Box 64,
                 Evansville, IN 47701-0064
14246419       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14319644       +E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:39:24     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14246228        E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:39:33     Sams Club/Synchrony Bank,
                 Bankruptcy Dept.,   P.O. Box 965060,    Orlando, FL 32896-5060
14246607       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:39:46     Synchrony Bank,   PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                            TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14290065*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America, N.A.,    P O Box 15102,   Wilmington DE 19886-5102)
14246608*      +Synchrony Bank,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2              Date Rcvd: May 26, 2020
                              Form ID: pdf900           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          HOWARD   GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          KENNETH G. HARRISON    on behalf of Debtor Presley   Glova kghesq@juno.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
§
PRESLEY GLOVA § Case No. 2:18-18234-MDC
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on June 17, 2020 in Courtroom #2, to be held telephonically by dialing  1.877.336.1828 Access Code: 7855846.
United States Courthouse
900 Market Street
Philadelphia, PA 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/22/2020            By: LYNN E. FELDMAN
                                          TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*221 N. CEDAR CREST BLVD.*
*ALLENTOWN, PA 18104*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| PRESLEY GLOVA | § | Case No. 2:18-18234-MDC |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 80,000.00 |
| and approved disbursements of | $ | 64,943.03 |
| leaving a balance on hand of[1] | $ | 15,056.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: LYNN E. FELDMAN | $ 5,180.50 | $ 0.00 | $ 5,180.50 |
| Trustee Expenses: LYNN E. FELDMAN | $ 75.00 | $ 0.00 | $ 75.00 |
| Attorney for Trustee Fees: ROSENBAUM & ASSOCIATES | $ 26,666.67 | $ 26,666.67 | $ 0.00 |
| Attorney for Trustee Expenses: ROSENBAUM & ASSOCIATES | $ 2,059.87 | $ 2,059.87 | $ 0.00 |
| Other: HOWARD GERSHMAN | $ 1,980.00 | $ 0.00 | $ 1,980.00 |
| Other: HOWARD GERSHMAN | $ 5.50 | $ 0.00 | $ 5.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,241.00 |
| Remaining Balance | | $ | 7,815.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,005.69 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ONEMAIN | $ 7,067.67 | $ 0.00 | $ 1,315.08 |
| 2 | BANK OF AMERICA, N. A. | $ 16,483.73 | $ 0.00 | $ 3,067.12 |
| 3 | ARMY & AIR FORCE EXCHANGE SERVICES | $ 8,033.35 | $ 0.00 | $ 1,494.76 |
| 4 | PYOD, LLC | $ 1,411.26 | $ 0.00 | $ 262.59 |
| 5 | PYOD, LLC | $ 3,725.59 | $ 0.00 | $ 693.22 |
| 6 | CITIBANK, N. A. | $ 789.00 | $ 0.00 | $ 146.81 |
| 7 | CITIBANK, N. A. | $ 4,495.09 | $ 0.00 | $ 836.39 |

Total to be paid to timely general unsecured creditors    $ 7,815.97

Remaining Balance    $ 0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $388.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | TOYOTA MOTOR CREDIT CORPORATION | $ 388.50 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: LYNN E. FELDMAN
                              TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*221 N. CEDAR CREST BLVD.*
*ALLENTOWN, PA 18104*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.