UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**In re:**
**PRESLEY GLOVA**

Chapter 7

**Debtor Bankruptcy No.** 18-18234 MDC

# CERTIFICATION OF FILING, SERVICE OF NOTICE, AND NO OBJECTION TO TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION & PROPOSED DISTRIBUTION & REQUEST FOR ORDER

1. The notice of trustee's final report and hearing on application for compensation and proposed distribution were filed electronically on May 18, 2020, with the Clerk and a true and correct copy of these pleadings were served by first class or electronic delivery on all interested parties by the Clerk.

2. I have received no objection or responsive pleading from any party within the time period provided by the Rules of Court.

3. I therefore request that the Final Accounting be approved and the Proposed Distribution and Application for Compensation be approved.

/s/ Lynn E Feldman_____

LYNN E FELDMAN, ESQUIRE

DATED: June 15, 2020