**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| **GLOVA, PRESLEY** ) | **Chapter 7** |
| ) | |
| ) | **Case No. 18-18234-MDC** |
| ) | |
| ) | |
| **Debtor(s)** ) | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

**AND NOW**, this _____23rd_____ day of _____June_____, 2020, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $5,180.50 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $75.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge