United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Presley Glova
       Debtor

Case No. 18-18234-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 23, 2020
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db          +Presley Glova,   7259 Horrocks Street,    Philadelphia, PA 19149-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
       HOWARD GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
       KENNETH G. HARRISON    on behalf of Debtor Presley  Glova kghesq@juno.com
       LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
       REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| **GLOVA, PRESLEY** | ) Chapter 7 |
| | ) |
| | ) Case No. 18-18234-MDC |
| | ) |
| | ) |
| **Debtor(s)** | ) |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, this _____23rd_____ day of _____June_____, 2020, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $5,180.50 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $75.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_Magdeline D. Coleman_ (signature)

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge