United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Presley Glova  
      Debtor

Case No. 18-18234-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 18, 2020  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.  
db          +Presley Glova,    7259 Horrocks Street,    Philadelphia, PA 19149-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:  
         HOWARD    GERSHMAN     on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,  
          229ecf@glpoc.comcastbiz.net  
         KENNETH G. HARRISON     on behalf of Debtor Presley  Glova kghesq@juno.com  
         LYNN E. FELDMAN     trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CHAPTER 7

GLOVA, PRESLEY

                Debtor(s)         Case No. 18-18234-MDC

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE

      **AND NOW**, this 18th day of August 2020, upon consideration of the Trustee's Final Report and Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is herby

      **ORDERED AND DECREED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

      IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge